IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PORTER HAYDEN COMPANY, :
    Petitioner :
                                  :
    v. :    CIVIL No. AMD 01-2639
                                  :
EMPLOYERS INSURANCE OF :
WAUSAU, :
    Respondent :

...oOo...

**ORDER**

In accordance with the foregoing Memorandum, it is this 14th day of September, 2001, by the United States District Court for the District of Maryland, ORDERED:

(1) That the petition to confirm arbitration award is GRANTED and JUDGMENT IS HEREBY ENTERED IN FAVOR OF PETITIONER AGAINST RESPONDENT IN THE AMOUNT OF TWO MILLION, THIRTY-SIX THOUSAND, SEVEN HUNDRED FOUR and 00/100 DOLLARS ($2,036,704); and it is further ORDERED

(2) That the Clerk of Court shall CLOSE THIS CASE and TRANSMIT copies of the foregoing Memorandum and this Order to counsel of record.

 

_____
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

