UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

| | | |
|---|---|---|
| PORTER HAYDEN COMPANY | * | |
| Petitioner | * | |
| v. | * | CASE NO.: AMD 01-2639 |
| EMPLOYERS INSURANCE OF WAUSAU | * | |
| Respondent | * | |

\* \* \* \* \* \* \*

### WITHDRAWAL OF MOTION FOR APPOINTMENT OF AN ARBITRATOR

Petitioner Porter Hayden Company moved on February 22, 2002, for the appointment of an arbitrator. The following business day, February 25, Employers Insurance of Wausau responded by saying that it had exercised its strikes of potential arbitrators. Porter Hayden has confirmed with the CPR Institute for Dispute Resolution that Employers Insurance of Wausau exercised its strikes on February 25, 2002.

### CONCLUSION

For the reasons stated, Porter Hayden respectfully withdraws its Motion For Appointment Of An Arbitrator as moot at this time, without prejudice to seeking future relief as needed.

APPROVED
[signature]
3/1/2002



1

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 FEB 28 P 4: 18

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

Respectfully submitted,

_____
Gardner M. Duvall, Bar No. 09823
Whiteford, Taylor & Preston, LLP
7 St. Paul Street
Baltimore, Maryland 21202
410 347-8700

Counsel for petitioner Porter Hayden Company

CERTIFICATE OF SERVICE

I hereby certify this 28nd day of February, 2002, that Porter Hayden Company's Withdrawal of Motion For Appointment Of An Arbitrator was served to Wausau's counsel of record:

Rolf E. Gilbertson, Esq.
Zelle, Hofmann, Voelbel, Mason & Gette, LLP
33 South Sixth Street
Minneapolis, Minnesota 55402

James W. Greene, Esq.
Thompson, O'Donnell, Markham, Norton & Hannon
805 Fifteenth Street, N.W.
Washington, D.C. 20005-2216

_____
Gardner M. Duvall