UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

PORTER HAYDEN COMPANY           * Case No.:   AMD 01-2639

    Petitioner                              *

                                  **ORDER AMENDING JUDGMENT**

v.                                              *

EMPLOYERS INSURANCE OF           *
WAUSAU
                                  *

    Respondent
                                  *

*   *   *   *   *   *   *   *   *   *

**ORDER GRANTING MOTION TO AMEND JUDGMENT**

Upon consideration of Petitioner Porter Hayden Company's Motion to Amend Judgment, and any opposition thereto, it is hereby ORDERED this 13th day of Nov., 2002, that the motion is GRANTED, and that this Court's judgment of September 14, 2001, in favor of Porter Hayden Company in the amount of $2,036,704.00 is hereby reduced to $827,893.00.

                                                      /s/ Andre M. Davis
                                                      ANDRE M. DAVIS
                                                      UNITED STATES DISTRICT JUDGE